O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ENRIQUE TORRES,** | ) NO. EDCV 13-0559-MAN |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: August 25, 2014

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE